**UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN**
**CRIMINAL MINUTE SHEET**

| USA v. | Diayshia Monette Daniels | | DISTRICT JUDGE: | Paul L. Maloney |
|---|---|---|---|---|
| **CASE NUMBER** | **DATE** | **TIME (begin/end)** | **PLACE** | **INTERPRETER** |
| 1:14-pt-10 | 7/14/2014 | 10:15 a.m. - 10:34 a.m. | Kalamazoo | |

**APPEARANCES**

| Government: | Defendant: | Counsel Designation: |
|---|---|---|
| R. Clay Stiffler | Jasna Tosic | FPD Appointment |

| TYPE OF HEARING | DOCUMENTS | CHANGE OF PLEA |
|---|---|---|
| __ Arraignment: <br> __ mute   __ nolo contendre <br> __ not guilty   __ guilty <br> __ Final Pretrial Conference <br> __ Detention   (waived __) <br> __ Motion Hearing <br> ✓ Revocation/SRV/PV <br> __ Bond Violation <br> __ Change of Plea <br> __ Sentencing <br> __ Trial <br> __ Other: _____ | __ Defendant's Rights <br> __ Waiver of Indictment <br> __ Other: _____ <br> _____ <br> Court to Issue: <br> __ Order of Detention <br> __ Notice of Sentencing <br> __ Order Appointing Counsel <br> __ Other: _____ | Charging Document: <br> __ Read   __ Reading Waived <br> Guilty Plea to Count(s) _____ <br> of the _____ <br> Count(s) to be dismissed at sentencing: <br> _____ <br> __ Presentence Report Ordered <br> __ Presentence Report Waived <br> __ Plea Accepted by the Court <br> __ Plea Taken under Advisement <br> __ No Written Plea Agreement |

**SENTENCING**

| Imprisonment: _____ | Plea Agreement Accepted: __ Yes __ No |
|---|---|
| Probation: _____ | Defendant informed of right to appeal: __ Yes __ No |
| Supervised Release: _____ | Counsel informed of obligation to file appeal: __ Yes __ No |
| Fine: $ _____ | Conviction Information: |
| Restitution: $ _____ | Date: _____ |
| Special Assessment: $ _____ | By: _____ <br> As to Count (s): _____ |

**ADDITIONAL INFORMATION:**
Sentencing phase; supervision continued and extended 6 months with additional condition

| CUSTODY/RELEASE STATUS | BOND AMOUNT AND TYPE |
|---|---|
| | $ |
| **CASE TO BE:** | **TYPE OF HEARING:** |
| **Reporter/Recorder:**   Kathleen Thomas | **Case Manager:**   A. Redmond |